# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Filed: February 11, 2021

* * * * * * * * * * *
KATHLEEN ALMODOVA, as parent and natural guardian of A.A, a minor, *

Petitioner, * No. 19-1873v

v. * Special Master Dorsey

SECRETARY OF HEALTH AND HUMAN SERVICES, *

Respondent. *
* * * * * * * * * * *

**ORDER**

On February 11, 2021, the undersigned held a status conference in the above-captioned matter. Amy Senerth appeared on behalf of petitioner, and Traci Patton appeared on behalf of respondent.

The undersigned began the status conference stating that she could not deliver her preliminary findings and opinions for a Rule 5 status conference as previously scheduled. The undersigned raised the issue of onset within 24 hours, which is unusual for the clinical course of ITP associated with vaccination. The undersigned has had several ITP cases and has taken at least one to hearing and is familiar with this injury. Typically, there are subtle symptoms that progress into clinically significant issues over time.

Additionally, the undersigned questioned whether petitioner's neurology expert was qualified to opine on this injury. The undersigned suggested a hematologist or immunologist would be more experienced in this situation. Overall, the undersigned opined there are problems with the case that petitioner should explore with an appropriate expert. Otherwise, as the case currently stands, the outcome is not favorable toward petitioner. Therefore, petitioner shall file a status report in thirty (30) days indicating how petitioner wishes to proceed.

The following is **ORDERED**:

Petitioner shall file a status report by **Monday, March 15, 2021**.

Any questions regarding this Order may be directed to my law clerk, Megan Andersen, at (202) 357-6345, or by e-mail at megan_andersen@cfc.uscourts.gov.

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Special Master